IN THE UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | COURT NO. 4:03CR00055-001 |
| | § | |
| WELLS FARGO, | § | |
| Garnishee-Defendant, | § | |
| and | § | |
| HASSAN ABDALLAH, | § | |
| Judgment-Defendant. | § | |

**APPLICATION FOR WRIT OF CONTINUING GARNISHMENT**

The United States of America, Plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon the judgment entered against the Judgment-Defendant, Hassan Abdallah, social security number \*\*\*-\*\*-9377, whose last known address is in Houston, Texas, in the above cited action in the amount of $132,903.00.  The social security number and address have been redacted pursuant to FED. R. CRIM. P. 49.1.  According to the records of the United States District Clerk, Eastern District of Texas, the judgment remains unsatisfied to the extent of the present balance in the amount of $125,379.09 as of May 18, 2021.

Demand for payment of the above-stated debt was made upon the Judgment-Defendant not less than 30 days prior to May 18, 2021 and Judgment-Defendant has failed to satisfy the debt.

The Garnishee-Defendant is believed to owe or will owe money or property to the Judgment-Defendant, or is in possession of property of the Judgment-Defendant, and said property is a nonexempt interest of the Judgment-Defendant. The name and address of the Garnishee-Defendant or their authorized agent is:

> Wells Fargo
> Attention: Legal Order Processing
> MAC D1111-01A
> P.O. Box 1416
> Charlotte, North Carolina 28201

The United States requests that the United States Marshal Service be ordered to personally serve the garnishee-defendant and judgment-defendant.

                      Respectfully submitted,

                      NICHOLAS J. GANJEI
                      ACTING UNITED STATES ATTORNEY

                      */s/ Robert Austin Wells*
                      Robert Austin Wells
                      Assistant United States Attorney
                      State Bar No. 24033327
                      110 N. College, Suite 700
                      Tyler, Texas 75702
                      Tel: (903) 590-1400
                      Fax: (903) 590-1437
                      Email: robert.wells3@usdoj.gov