IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, § § § | |
| v. § | COURT NO. 4:03CR00055-001 |
| § | |
| WELLS FARGO, Garnishee-Defendant, and HASSAN ABDALLAH, Judgment-Defendant. § § § § § | |

**ORDER FOR WRIT OF CONTINUING GARNISHMENT**

The Application for Writ of Continuing Garnishment came on for consideration and the Court, having considered same, finds it is with merit and a Writ of Continuing Garnishment should be issued by the United States District Clerk.

IT IS ORDERED that the United States District Clerk shall issue a Writ of Continuing Garnishment. Once the United States Attorney's Office has prepared the USM Form 285 for each party and has provided that form with all garnishment-related documents for service to the United States Marshal's Service, the United States Marshal's Service is ordered to personally serve the garnishee-defendant and judgment-defendant as requested by the plaintiff.