IN THE UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | COURT NO. 4:03CR00055-001 |
| | § | |
| WELLS FARGO, | § | |
| Garnishee-Defendant, | § | |
| and | § | |
| HASSAN ABDALLAH, | § | |
| Judgment-Defendant. | § | |

**WRIT OF CONTINUING GARNISHMENT**
**WELLS FARGO GARNISHEE-DEFENDANT**

GREETINGS TO: Wells Fargo, Attn: Legal Order Processing

An application for a Writ of Continuing Garnishment against the property of Hassan Abdallah Judgment-Defendant, held by Garnishee-Defendant, Wells Fargo, has been filed with this court. The Judgment-Defendant owes a debt to the United States of America in the form of a criminal judgment entered in the Eastern District of Texas, Sherman Division, Case No. 4:03CR00055-001, in the original amount of $132,903.00 of which the remaining unsatisfied balance is $125,379.09.

The Garnishee-Defendant against whom this writ is sought is Wells Fargo, Attn: Legal Order Processing, MAC D1111-01A, P.O. Box 1416, Charlotte, North Carolina  28201.

Counsel for the United States in this matter is Robert Austin Wells, Assistant United States Attorney, 110 North College, Suite 700, Tyler, Texas 75702.

The last-known address of the Judgment-Defendant, Hassan, Abdallah, is in Houston, Texas.  The address has been redacted pursuant to FED. R. CRIM. P. 49.1.

You, Garnishee-Defendant, shall answer this writ in writing, under oath within ten (10) days of service of this writ. If you are represented by an attorney, your original written answer must be electronically filed with the United States District Clerk. Instructions for electronic filing may be obtained by telephoning the United States District Clerk at: 903-892-2921.  Instructions are also available at www.txed.uscourts.gov. If you are not represented by an attorney, you must either mail or deliver in person your original Answer to the United States District Clerk, 101 East Pecan Street, Room 216, Sherman, Texas, 75090.  Additionally, you are required by law to serve a copy of the answer to this writ upon the debtor at Houston, Texas, and upon Robert Austin Wells, Assistant United States Attorney, 110 North College, Suite 700, Tyler, Texas, 75702.

You, Garnishee-Defendant, shall withhold and retain any property in which the Judgment-Defendant has a substantial non-exempt interest and for which the Garnishee-Defendant is or may become indebted to the Judgment-Defendant pending further order of the court. You are required to prevent dissipation for any reason, including but not limited to, liquidation of the account

or by virtue of the daily market fluctuations of any assets in your possession belonging to the debtor. *See* 28 U.S.C. § 3205(c)(6).

      This writ shall be continuing and shall terminate only as provided in 28 U.S.C. § 3205(c)(10). If you fail to answer this writ or withhold and prevent dissipation of property for any reason in accordance with this writ, the United States of America may petition the court for an order requiring you to appear before the court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this writ, the court may enter a judgment against you for the value of the debtor's non-exempt property. It is unlawful to pay or deliver to the Judgment-Defendant any item attached by this writ.

DATE:_____

_____
UNITED STATES DISTRICT CLERK
By:_____