IN THE UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| § | |
| v. § | COURT NO. 4:03CR00055-001 |
| § | |
| WELLS FARGO, § | |
| Garnishee-Defendant, § | |
| and § | |
| HASSAN ABDALLAH, § | |
| Judgment-Defendant. § | |

**NOTICE OF GARNISHMENT AND INSTRUCTIONS
TO THE ABOVE-NAMED JUDGMENT-DEFENDANT:**

YOU ARE HEREBY NOTIFIED that a garnishment was issued based upon a judgment entered against you on April 8, 2004, and the garnishment was served on Wells Fargo, Garnishee-Defendant, and it is believed that the Garnishee-Defendant may have property of yours in their custody, possession or control.

YOU ARE FURTHER NOTIFIED that, unless within twenty (20) days from the date of receipt of the answer of the Garnishee-Defendant, you file a written objection to explain why you think these funds are exempt from execution under federal law and request a hearing, a court order will be entered attaching the funds or property and the funds or property will be applied against the judgment owed to the United States of America.

Any objection that you file to contest the garnishment must be filed in the office of the Clerk of the United States District Court, Eastern District of Texas, at

101 East Pecan Street, Room 216, Sherman, Texas 75090. The objection must state your reasons for believing that this property is not subject to attachment by the United States of America. A copy of the objection or other pleadings must also be served on: (1) the United States Attorney for the Eastern District of Texas, 110 North College, Suite 700, Tyler, Texas 75702, and (2)Wells Fargo, Garnishee-Defendant, Attention: Legal Order Processing, MAC D1111-01A, Charlotte, North Carolina 28201.

YOU MAY WISH TO CONSULT A LAWYER FOR ADVICE AS TO THE MEANING OF THIS NOTICE. If you hire an attorney to represent you in this proceeding, your attorney should electronically file any objection with the United States District Clerk, Sherman Division. Instructions for electronic filing may be obtained by telephoning the United States District Clerk at: 903-892-2921. Instructions are also available at www.txed.uscourts.gov.

Respectfully submitted,

NICHOLAS J. GANJEI
ACTING UNITED STATES ATTORNEY

*/s/ Robert Austin Wells*
Robert Austin Wells
Assistant United States Attorney
State Bar No. 24033327
110 N. College, Suite 700
Tyler, Texas 75702
Tel: (903) 590-1400
Fax: (903) 590-1437
Email: robert.wells3@usdoj.gov