IN THE UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | COURT NO.  4:03CR00055-001 |
| | § | |
| WELLS FARGO, | § | |
| Garnishee-Defendant, | § | |
| and | § | |
| HASSAN ABDALLAH, | § | |
| Judgment-Defendant. | § | |

**ANSWER OF THE GARNISHEE-DEFENDANT**

_____, BEING DULY SWORN DEPOSES AND SAYS:
   (Name of Affiant)

1. **Complete one of the options below relating to the Garnishee-Defendant (individual, partnership, or corporation):**

**IF GARNISHEE IS AN INDIVIDUAL:**

That Garnishee-Defendant, _____ is the name of the individual

doing business in the name of _____,  at the address of

_____.

**IF GARNISHEE IS A PARTNERSHIP:**

That affiant is a member of _____, a partnership of which the

Garnishee is a partner.  The principal address of the partnership is _____

_____

**IF GARNISHEE IS A CORPORATION:**

The official title of Affiant is _____ of garnishee, _____,

a corporation, organized under the laws of the State of _____. The

principal address of the corporation is _____.

**2.  Complete the rest of the answer form with the pertinent information:**

On _____, 20\_\_\_, garnishee was served with the Writ of Continuing Garnishment. The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

|    | Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|----|-------------------------|-------------------|----------------------------------------------|
| 1. |                         |                   |                                              |
| 2. |                         |                   |                                              |
| 3. |                         |                   |                                              |
| 4. |                         |                   |                                              |

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $ _____ | _____ |
| 2. $ _____ | _____ |
| 3. $ _____ | _____ |
| 4. $ _____ | _____ |

**Check the applicable line below if you deny that you hold property subject to this order of garnishment:**

_____ The garnishee makes the following claim of exemption on the part of judgment-defendant: _____

_____ Or has the following objections, defenses, or set-offs to plaintiff's right to apply garnishee's indebtedness to defendant upon plaintiff's claim:

_____

_____ The garnishee was then in no manner and upon no account indebted or under liability to the judgment-defendant, _____, and that the garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

   The Garnishee mailed a copy of this answer by first-class mail to (1) Debtor,

_____, _____.
  (NAME)      (Address)

And (2) the attorney for the United States, _____
                 (NAME)

_____
(ADDRESS)

               _____
               Garnishee Name and Title
               Address:_____

               _____
               Phone: _____
               Email: _____

Subscribed and sworn to before me this

 _____ day of _____ 20\_\_\_\_.

_____
Notary Public, State of _____

## INSTRUCTIONS FOR ANSWER OF GARNISHEE

If you are represented by an attorney, the original answer must be electronically filed with the United States District Court of the Eastern District of Texas. If you are not represented by an attorney, you must send your original by mail or deliver in person to: 101 East Pecan Street, Room 216, Sherman, Texas, 75090.  Be sure to redact any personal identifiers, financial account numbers and address of the Judgment-Defendant. You can contact the U.S. District Clerk regarding instructions for redaction of personal information.

A copy of this answer should also be mailed to:

> United States Attorney
> Attention: Financial Litigation Program
> 110 North College, Suite 700
> Tyler, Texas 75702
>
> Hassan Abdallah
> Houston, Texas 77044-5076

Please contact the Financial Litigation Program at 903-590-1400 for complete personal identifiers for the Judgment-Defendant to aid your compliance with this writ.